UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

AUG 0 6 2008

CLERK U.S.
DISTRICT OF M...

UNITED STATES OF AMERICA,     *
                              *
   Plaintiff and              *
   Judgment Creditor,         *
                              *
                              *
   v.                         *   Court No. JFM-98-2568
                              *
WILLIAM A. ARMSTRONG,         *
                              *
   Defendant and              *
   Judgment Debtor,           *
                              *
and                           *
                              *
Seaton Corporation            *
860 W. Evergreen Avenue       *
Chicago, IL 60622             *
                              *
   Garnishee.                 *

## ANSWER OF THE GARNISHEE

_Rosa Camacho_ BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a

partner.

✓ IF GARNISHEE IS A CORPORATION:

That he/she is the __Payroll Court Garnishments__ of Garnishee, __Seaton Corp__ a corporation, organized under the laws of the State of __IL__.

On __6/25__ 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

(Yes)   No

1. Judgment Debtor was in my/our employ.

2. Pay period is ✓ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly.

    Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

    Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

    (a) Gross Pay                    $ 399.00

    (b) Federal income tax           $ 44.85

    (c) F.I.C.A. income tax          $ 30.51

    (d) State income tax             $ 28.12

    Total of tax withholdings        $ 103.48

    Net Wages                        $ 295.52
    (a less total of b,c,d)

4. Have there been previous garnishments in effect.   NO

    If the answer is yes, describe below.

    _____

    _____

5. The Garnishee has custody, control or possession

    of the following property (non-earnings), in which the Debtor maintains an interest,

as described below: N/A

| Description of Property | Approximate Value | Description of Debtor's Interest v in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

} unknown - based on productive hours worked.

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

__ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

__ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

__ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment

Debtor, William A. Armstrong at 1717 Lakeside Ave., Baltimore, MD 21218, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

**SeatonCorp**
860 W Evergreen Ave
Chicago, IL 60622
(312) 397-3460 tel
(312) 915-0766 fax

___C/o Rosa M. Camacho___
Garnishee

Subscribed and sworn to before me this

31 day of June 2008.

_Jeanne C Hair_
Notary Public

"OFFICIAL SEAL"
JEANNE C. HAIR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/26/2011

My Commission expires: 12/26/2011