UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | \* |
| Plaintiff and Judgment Creditor, | \* |
| v. | \* Court No.: JFM-98-2568 |
| WILLIAM A. ARMSTRONG | \* |
| Defendant and Judgment Debtor, | \* |
| and | \* |
| Seaton Corporation<br>860 W. Evergreen Avenue<br>Chicago, IL 60622 | \* |
| Garnishee | \* |

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

The United States of America, the Plaintiff and Judgement Creditor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement Debtor was sent to the Defendant and Judgement Debtor by first class mail on May 27, 2008, to the last known address of the Defendant and Judgement Debtor, and service was made upon the Garnishee on June 9, 2008.

ROD J. ROSENSTEIN

UNITED STATES ATTORNEY

By: /s/ Thomas Corcoran
Thomas F. Corcoran
Assistant U.S. Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 024894