UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG 11  A 11: 56

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * Court No.: JFM-98-2568 |
| WILLIAM A. ARMSTRONG | * |
| Defendant and Judgment Debtor, | * |
| and | * |
| Seaton Corporation<br>860 W. Evergreen Avenue<br>Chicago, IL 60622 | * |
| Garnishee | * |

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $10,320.18 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on August 1, 2008, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which William A. Armstrong maintains an interest.

On or about May 27, 2008, the Defendant and Judgement Debtor was notified of her right to a hearing. No hearing was requested.

Case 1:98-cv-02568-JFM   Document 15   Filed 08/06/2008   Page 2 of 2

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

8/11/08
Date

_____
HONORABLE J. FREDERICK MOTZ
U. S. DISTRICT JUDGE