IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,          :

       Plaintiff,               :

         v.                       : Civil No. JFM-98-2568

William A. Armstrong,               :

       Defendant and            :
       Judgment Debtor,

Seaton Corporation                  :
860 W. Evergreen Avenue
Chicago, IL 60622,                  :

       Garnishee.               :
. . . .ooOoo. . . .

Mr. Clerk:

    Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefor states:

    It is inappropriate to proceed at this time.

                            Respectfully submitted,

                            Rod J. Rosenstein
                            United States Attorney

        By: _____
               Thomas F. Corcoran
               Assistant United States Attorney
               36 S. Charles Street
               Fourth Floor
               Baltimore, Maryland 21201-2692
               (410) 209-4800
               Trial Bar No. 24894

CERTIFICATE OF SERVICE

It is HEREBY certified that on this 4th day of September, 2008 a copy of the foregoing was mailed to Seaton Corporaton, Garnishee, 860 W. Evergreen Avenue, Chicago, IL 60622 and William A. Armstrong, Judgment Debtor, 1717 Lakeside Avenue, Baltimore, Maryland 21218.

Thomas F. Corcoran
Assistant United States Attorney